1

2

3

4

5

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   Case No.: *8:05CR00249*
                                     )
11          Plaintiff,               )   ORDER OF DETENTION
                                     )
12      vs.                          )   [Fed. R. Crim. P. 32.1(a)(6);
                                     )    18 U.S.C. § 3143(a)]
13  *Joseph Paul Gregory*            )
                                     )
14          Defendant.               )
                                     )
15  _____)

16

17      The defendant having been arrested in this District pursuant to

18  a  warrant  issued  by  the  United  States  District  Court  for  the

19  _C. D. Cal._____  for alleged violation(s) of the terms and

20  conditions of his/her [probation] [supervised release]; and

21      The  Court  having  conducted  a  detention  hearing  pursuant  to

22  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

23      The Court finds that:

24  A.   (X)   The defendant has not met his/her burden of establishing by

25      clear and convincing evidence that he/she is not likely to flee

26      if released under 18 U.S.C. § 3142(b) or (c).  This finding is

27      based on _absence of background information; nature_

1   *alleged violations*

2

3

4   and/or

5   B.   (X)   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: *nature alleged violations; prior criminal*

10   *history*

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:   3/27/15

18

19

20   UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28